FILED

09/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0373

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0374

STATE OF MONTANA,

     Plaintiff and Appellee,

vs.

SUSAN JOANNE PAJNICH,

     Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 18, 2023, to prepare, file, and serve the Appellant's opening brief.